NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THOR I. GENSINGER, DC#165522,   )
   )
      Appellant,   )
   )
v.   )   Case No. 2D17-3678
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
   )
_____)

Opinion filed March 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Thor I. Gensinger., pro se.


PER CURIAM.


      Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.